UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-07402-DOC (DFM) | Date: | March 4, 2025 |
|---|---|---|---|
| Title | Kuantay G. Williams v. Robert G. Luna et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

In August 2023, Plaintiff Kuantay G. Williams, a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. See Dkt. 1. After screening, Plaintiff elected to proceed on his medical indifference claim against Defendant Edwin J. Cartin. See Dkt. 6. Defendant filed an Answer in June 2024, and the Court issued a Scheduling Order shortly thereafter. See Dkts. 11, 13.

In October 2024, Defendant filed a Motion to Compel Responses to Interrogatories and Requests for Production. See Dkt. 16. Plaintiff did not file an opposition. Accordingly, in December 2024, the Court granted Defendant's Motion and ordered Plaintiff to provide verified discovery responses by January 3, 2025. See Dkt. 19. When Plaintiff did not do so, Defendant filed a Motion to Dismiss based on Plaintiff's failure to participate in discovery. See Dkt. 21. The Court ordered Plaintiff to file his opposition by February 14, 2025. See Dkt. 22. Plaintiff has thus far not filed anything.

Plaintiff has not participated in this case in quite some time. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, within twenty-one (21) days as to why this action should not be dismissed for lack of prosecution. The Court will consider Plaintiff's filing of his opposition to the Motion to Dismiss as a satisfactory response. Failure to respond will result in a recommendation of dismissal.