# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KUANTAY G. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. LUNA et al.,<br><br>Defendants. | Case No. CV 23-07402-DOC (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this case with prejudice for failure to follow Court orders and lack of prosecution.

Date: May 28, 2025

_David O. Carter_
DAVID O. CARTER
United States District Judge