# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KUANTAY G. WILLIAMS, | Case No. CV 23-07402-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT G. LUNA et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: May 28, 2025

_David O. Carter_
DAVID O. CARTER
United States District Judge